IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR245 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO D. ALFORD, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals (Filing No. 37) vacating and remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

IT IS ORDERED:

1. That resentencing of the defendant is scheduled before the undersigned on **May 12, 2005, at 3:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

**2. The defendant waives his presence at the hearing and instead will participate telephonically.**

DATED this 28th day of April, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge